**ALL Turizo/FFHA**
**Fair Housing Act Suits**

| First Name/Entity Name | Last Name | Role | Type | Style | Case Number/Judge | Date Filed | Date Closed | Motion to Dismiss Filed | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Ryan | Turizo | Plaintiff | Party | Turizo v. Camden Summit Partnership, L.P. | 0:2019cv62005 - BB Judge Beth Bloom, Magistrate Alicia O. Valle | 8/10/2019 | 9/26/2019 | 9/4/2019, MTD Filed, Failure to State a Claim 9/13/2019, denied as moot per stipulation of dismissal | Stipulation of Dismissal With Prejudice, Pending Settlement |
| Ryan | Turizo | Plaintiff | Party | Turizo v. PPF AMLI 5971 Toscana Drive, LP | 0:2019cv62006 - CMA Judge Celia M. Altonaga, Magistrate Barry Seltzer | 8/10/2019 | 9/26/2019 | 9/4/2019, MTD Filed, Failure to State a Claim, 9/16/2019, denied as moot based on filing of First Amended Complaint | Stipulation of Dismissal With Prejudice, Pending Settlement |
| Ryan | Turizo | Plaintiff | Party | Turizo v. GS Bayview, LLC | 0:2019cv63012 - RS Judge Raag Singhal, Magistrate Alicia O. Valle | 12/6/2019 | 4/28/2020 | 2/24/2020, MTD Filed, Failure to State a Claim 3/10/2020, denied as moot per stipulation of dismissal | Notice of Voluntary Dismissal Without Prejudice |
| Ryan | Turizo | Plaintiff | Party | Turizo v. Tamarac Pointe, LTD.,Limited Partnership | 0:2020cv60073 - RAR Judge Rodolfo A. Ruiz, Magistrate Barry S. Seltzer | 1/13/2020 | 4/8/2020 | 2/28/2020, MTD Filed, Failure to State a Claim 3/16/2020, denied as moot based on filing of First Amended Complaint; Renewed Motion to Dismiss for failure to state a claim 3/26/2020; denied as moot per 4/8/2020 Order Dismissing Case with Prejudice | Notice of Voluntary Dismissal and Order Dismissing Case With Prejudice |
| Ryan | Turizo | Plaintiff | Party | Turizo v. Rich Metro Group, LLC | 0:2020cv60074 - RS Judge Raag Singhal, Magistrate Alicia O. Valle | 1/13/2020 | 4/13/2020 | 2/28/2020, MTD Filed, Failure to State a Claim 3/16/2020, denied as moot per stipulation of dismissal | Notice of Voluntary Dismissal, Pending Settlement |
| Ryan | Turizo | Plaintiff | Party | Turizo v. Cypress Trail Apartments, LTD | 0:2020cv60103 -RAR Judge Rodolfo A. Ruiz, Magistrate Jared M. Strauss | 1/16/2020 | 2/18/2020 | NONE | Notice of Voluntary Dismissal With Prejudice |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. Coral Haven Apartments LLP | 0:2020cv60446 - RS Judge Raag Singhal, Magistrate Alicia O. Valle | 2/28/2020 | 3/2/2020 | | *Adminstratively Closed, Reassigned to 1:2020cv20921AHS* |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. Coral Haven Apartments LLP | 1:2020cv20921 - RS Judge Raag Singhal, Magistrate Chris M. McAliley | 2/28/2020 | 4/21/2020 | 3/26/2020 MTD Filed, Failure to State a Claim, moot per Notice of Settlement 4/21/2020 Notice of Settlement | Notice of Voluntary Dismissal With Prejudice, Pending Settlement |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. Japanese Garden Mobile Estates, Inc. | 1:2020cv21091 - MGC Judge Marcia G. Cooke, Magistrate Jonathan Goodman | 3/12/2020 | 5/29/2020 | 4/7/2020 MTD Filed, Failure to State a Claim | Notice of Voluntary Dismissal 5/1/2020, Order of Dismissal 5/29/2020 |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. Park East-West Ltd. | 1:2020cv21976 - RNS Judge Robert N. Scola, Jr., Magistrate Edwin G. Torres | 5/12/2020 | Pending Matter | 6/9/2020 MTD Filed, Failure to State a Claim and Lack of Standing, Denied as moot 6/24/2020 based on filing of Amended Complaint | |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. Top Well, LLC | 1:2020cv21994 - KMW Judge Kathleen M. Williams, Magistrate Edwin G. Torres | 5/12/2020 | Pending Matter | NONE | |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. Deerpath on the Lake, LLC | 1:2020cv22106 - DPG Judge Darrin P. Gayles, Magistrate Alicia M. Otazo-Reyes | 5/20/2020 | Pending Matter | 6/17/2020 MTD Filed, Failure to State a Claim and Lack of Standing | |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. Catalina Rental Apartments, Inc. | 1:2020cv22113 - DPG Judge Darrin P. Gayles, Magistrate Alicia M. Otazo-Reyes | 5/20/2020 | Pending Matter | NONE | |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. Liberty Apartment Highland, LLC | 1:2020cv22269 - MKM Judge Michael K., Moore, Magistrate Jacqueline Becerra | 6/1/2020 | Pending Matter | NONE | |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. PMG 11th Street Holdings, LLC | 1:2020cv61120 - FAM Judge Federico A. Moreno, Magistrate Jared M. Strauss | 6/5/2020 | Pending Matter | NONE | |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. 601 Ocean Investments, LLC | 1:2020CV22664-KWM Judge Kathleen M. Williams, Magistrate Judge Edwin G. Torres | 6/26/2020 | Pending Matter | NONE | |
| Florida Fair Housing Alliance, Inc. | | Plaintiff | Party | Florida Fair Housing Alliance, Inc. v. The Palm Bay Grand, LLC | 1:2020cv22665 - DPG Judge Darrin P. Gayles, Magistrate Judge (unassigned as of 7/1/2020) | 6/26/2020 | Pending Matter | NONE | |

EXHIBIT A

# Electronic Articles of Incorporation For

N20000001796
FILED
February 13, 2020
Sec. Of State
tjschroeder

FLORIDA FAIR HOUSING ALLIANCE, INC.

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
   FLORIDA FAIR HOUSING ALLIANCE, INC.

## Article II
The principal place of business address:
   1736 NORTH EAST 171 STREET
   NORTH MIAMI BEACH, FL.   33162

The mailing address of the corporation is:
   1736 NORTH EAST 171 STREET
   NORTH MIAMI BEACH, FL.   33162

## Article III
The specific purpose for which this corporation is organized is:
   CHARITABLE. ELIMINATING PREJUDICE AND DISCRIMINATION OF HUMAN AND CIVIL RIGHTS SECURED BY LAW.

## Article IV
The manner in which directors are elected or appointed is:
   AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:
   RYAN J TURIZO
   1736 NORTH EAST 171 STREET
   NORTH MIAMI BEACH, FL.   33162

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   RYAN TURIZO

EXHIBIT B

## Article VI

N20000001796
FILED
February 13, 2020
Sec. Of State
tjschroeder

The name and address of the incorporator is:

    RYAN TURIZO
    1736 NORTH EAST 171 STREET

    NORTH MIAMI BEACH, FLORIDA 33162

Electronic Signature of Incorporator:   RYAN TURIZO

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

        Title:   P
        RYAN J TURIZO
        1736 NORTH EAST 171 STREET
        NORTH MIAMI BEACH, FL.   33162

        Title:   VP
        AMY R BETIT
        8990 AZALEA SANDS LANE
        DAVENPORT, FL.   33896

        Title:   COO
        JUAN C TURIZO
        1736 NORTH EAST 171 STREET
        NORTH MIAMI BEACH, FL.   33162

## Article VIII

The effective date for this corporation shall be:
    02/14/2020

**FHA Matters Filed by Ryan Turizo or Florida Fair Housing Alliance, Inc. in SDFL**

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| 8/10/2019 | 0:2019cv62005 - BB<br>Judge Beth Bloom, Magistrate Alicia O. Valle | Turizo v. Camden Summit Partnership, L.P. | **(DE1) Complaint ¶4.** - Plaintiff is a tester. Plaintiff seeks to enforce fair housing laws to protect individuals from discriminatory housing practices by, among other things, investigating entities governed by the Fair Housing Act ("FHA") and perusing enforcement of meritorious claims. Without intent to rent or purchase. Plaintiff poses as a renter or purchaser for the purpose of collecting evidence of discriminatory housing practices. At all times material, Plaintiff was acting as a tester when Plaintiff conducted an investigation of Defendant's discriminatory actions and practices. | No |
| 8/10/2019 | 0:2019cv62006 - CMA<br>Judge Celia M. Altonaga, Magistrate Barry Seltzer | Turizo v. PPF AMLI 5971 Toscana Drive, LP | **(DE1) Complaint ¶4.** - Plaintiff is a tester. Plaintiff seeks to enforce fair housing laws to protect individuals from discriminatory housing practices by, among other things, investigating entities governed by the Fair Housing Act ("FHA") and perusing enforcement of meritorious claims. Without intent to rent or purchase. Plaintiff poses as a renter or purchaser for the purpose of collecting evidence of discriminatory housing practices. At all times material, Plaintiff was acting as a tester when Plaintiff conducted an | No |

EXHIBIT C

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| | | | investigation of Defendant's discriminatory actions and practices. | |
| 12/6/2019 | 0:2019cv63012 - RS Judge Raag Singhal, Magistrate Alicia O. Valle | Turizo v. GS Bayview, LLC | (DE1) Complaint ¶4. - Plaintiff is a tester. Plaintiff seeks to enforce fair housing laws to protect individuals from discriminatory housing practices by, among other things, investigating entities governed by the Fair Housing Act ("FHA") and perusing enforcement of meritorious claims. Without intent to rent or purchase. Plaintiff poses as a renter or purchaser for the purpose of collecting evidence of discriminatory housing practices. At all times material, Plaintiff was acting as a tester when Plaintiff conducted an investigation of Defendant's discriminatory actions and practices. | No |
| 1/13/2020 | 0:2020cv60073 - RAR Judge Rodolfo A. Ruiz, Magistrate Barry S. Seltzer | Turizo v. Tamarac Pointe, LTD., Limited Partnership | (DE1) Complaint ¶4. - Plaintiff is a tester. Plaintiff seeks to enforce fair housing laws to protect individuals from discriminatory housing practices by, among other things, investigating entities governed by the Fair Housing Act ("FHA") and perusing enforcement of meritorious claims. Without intent to rent or purchase. Plaintiff poses as a renter or purchaser for the purpose of collecting evidence of discriminatory housing practices. At all times material, Plaintiff was acting as a tester when Plaintiff conducted an investigation of Defendant's discriminatory actions and practices. | No |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| 1/13/2020 | 0:2020cv60074 - RS Judge Raag Singhal, Magistrate Alicia O. Valle | Turizo v. Rich Metro Group, LLC | (DE1) Complaint ¶4. - Plaintiff is a tester. Plaintiff seeks to enforce fair housing laws to protect individuals from discriminatory housing practices by, among other things, investigating entities governed by the Fair Housing Act ("FHA") and perusing enforcement of meritorious claims. Without intent to rent or purchase. Plaintiff poses as a renter or purchaser for the purpose of collecting evidence of discriminatory housing practices. At all times material, Plaintiff was acting as a tester when Plaintiff conducted an investigation of Defendant's discriminatory actions and practices. | No |
| 1/16/2020 | 0:2020cv60103 -RAR Judge Rodolfo A. Ruiz, Magistrate Jared M. Strauss | Turizo v. Cypress Trail Apartments, LTD | (DE1) Complaint ¶4. - Plaintiff is a tester. Plaintiff seeks to enforce fair housing laws to protect individuals from discriminatory housing practices by, among other things, investigating entities governed by the Fair Housing Act ("FHA") and perusing enforcement of meritorious claims. Without intent to rent or purchase. Plaintiff poses as a renter or purchaser for the purpose of collecting evidence of discriminatory housing practices. At all times material, Plaintiff was acting as a tester when Plaintiff conducted an investigation of Defendant's discriminatory actions and practices. | No |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| 2/28/2020 | 0:2020cv60446 - RS<br>Judge Raag Singhal, Magistrate Alicia O. Valle | Florida Fair Housing Alliance, Inc. v. Coral Haven Apartments LLP | *Administratively Closed, Reassigned to 1:2020cv20921 - RS* | No |
| 2/28/2020 | 1:2020cv20921 - RS<br>Judge Raag Singhal, Magistrate Chris M. McAliley | Florida Fair Housing Alliance, Inc. v. Coral Haven Apartments LLP | **(DE1) Complaint ¶6. and ¶7.** – On or about February 18, 2020, the FFH Alliance investigated the "Coral Haven" apartment community, located at 10255 SW 24th Street, Miami, Florida 33165, (the "Complex") owned by Defendant for discriminatory housing practices. As part of this investigation, the FFH Alliance directed one of its agents/employees, a Hispanic/Latino male with a felony conviction by the name of Ryan Turizo ("Mr. Turizo"), to test the Complex for unlawful discriminatory housing practices. In this capacity, Mr. Turizo contacted the Complex, posed as a potential rental applicant, and inquired into the available rental property Defendant holds open to the public for rent (the "Dwelling").<br>As part of Plaintiff FFH Alliance's investigation into potential discrimination in the housing market by Defendant, Mr. Turizo to *(sic)* inquired into Defendant's policy regarding the criminal record of applicants applying to rent the Dwelling, to which Defendant responded by stating a felony criminal record would result in an automatic denial of an applicant seeking to rent the Dwelling. | No |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| 3/12/2020 | 1:2020cv21091 - MGC<br>Judge Marcia G. Cooke, Magistrate Jonathan Goodman | Florida Fair Housing Alliance, Inc. v. Japanese Garden Mobile Estates, Inc. | (DE1) Complaint ¶6. To ¶8. -<br>   On March 02, 2020, the FFH Alliance investigated the "The Courtyards of South Tampa" apartment community, located at 3814 W Euclid Ave, Tampa, FL 33629, (the "Complex") owned by Defendant for discriminatory housing practices.<br>   As part of this investigation, the FFH Alliance directed one of its agents/employees, a Hispanic/Latino male with a felony conviction by the name of Ryan Turizo ("Mr. Turizo"), to test the Complex for unlawful discriminatory housing practices. In this capacity, Mr. Turizo contacted the Complex, posed as a potential rental applicant, and inquired into the available rental property Defendant holds open to the public for rent (the "Dwelling").<br>   As part of Plaintiff FFH Alliance's investigation into potential discrimination in the housing market by Defendant, Mr. Turizo to inquired into Defendant's policy regarding the criminal record of applicants applying to rent the Dwelling, to which Defendant responded by stating a felony criminal record would result in an automatic denial of an applicant seeking to rent the Dwelling. | No |
| 5/12/2020 | 1:2020cv21976 - RNS<br>Judge Robert N. Scola, Jr., Magistrate Edwin G. Torres | Florida Fair Housing Alliance, Inc. v. Park East-West Ltd. | (DE1) Complaint ¶13. To ¶15. –<br>   On April 7, 2020, the FFH Alliance tested the Complex for unlawful | No |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| | | | discriminatory housing practices using a field tester.<br>    The field tester used by the FFH Alliance to test the Complex ("Field Tester" or "FT") is a *sui juris* Hispanic male with a felony conviction.<br>    On April 7, 2020, at approximately 11:57am, FT called the Complex at phone number: 407-871-3894. After dialing this number, of which was identified as being a recorded line, FT was promptly connected to an agent of Defendant, a man whom identified himself as Sheridan, and FT proceeded to ask whether rental property was available. Defendant, by and through this agent, responded without hesitation that properly was available, *namely*, a one-bedroom apartment. FT then asked whether his (FT's) rental application would be denied due to FT's record felony conviction, to which Defendant, by and though Sheridan, told FT "probably." | |
| 5/12/2020 | 1:2020cv21994 - KMW<br>Judge Kathleen M. Williams, Magistrate Edwin G. Torres | Florida Fair Housing Alliance, Inc. v. Top Well, LLC | **(DE1) Complaint ¶13. To ¶15.** –<br>    On March 13, 2020, the FFH Alliance tested the Complex for unlawful discriminatory housing practices using a field tester.<br>    The field tester used by the FFH Alliance to test the Complex ("Field Tester" or "FT") is a *sui juris* Hispanic male with a felony conviction.<br>    On March 13, 2020, at approximately 12:58 pm, FT called the Complex at phone | No |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| | | | number: 561-793-8500. After dialing this number, of which was identified as being a recorded line, FT was promptly connected to an agent of Defendant, an individual whom identified herself as "Melissa," and FT proceeded to ask whether rental property was available. Defendant, by and through this agent, responded without hesitation that properly was available, *namely*, a two-bedroom apartment. FT then asked whether his (FT's) rental application would be denied due to FT's record felony conviction, to which Defendant, by and though Melissa, told FT "yes." | |
| 5/20/2020 | 1:2020cv22106 - DPG<br>Judge Darrin P. Gayles, Magistrate Alicia M. Otazo-Reyes | Florida Fair Housing Alliance, Inc. v. Deerpath on the Lake, LLC | **(DE1) Complaint ¶13. To ¶15.** –<br>  As part of the FFH Alliance' investigation, the FFH Alliance tested the Complex for unlawful discriminatory housing practices using a field tester.<br>  The field tester used by the FFH Alliance to test the Complex ("Field Tester" or "FT") is a *sui juris* Hispanic male with a felony conviction.<br>  On March 13, 2020, at approximately 12:43 pm, FT called the Complex (at 813-933-5333) and was connected to an agent of Defendant named "Janessa." FT proceeded to ask whether rental property was available. Defendant, by and through this agent, responded without hesitation that property was available, *namely*, a two-bedroom apartment. FT then asked whether his | No |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| | | | (FT's) rental application would be denied due to FT's record felony conviction, to which Defendant immediately retorted: "possibly." Defendant, however, did not perform any investigation or inquiry into the felony conviction had by FT. For example, Defendant did not inquire into the type of felony, the date of conviction, the nature of the conviction, let alone the circumstances surrounding the felony conviction had by FT. Defendant simply identified FT as an individual with a felony conviction, and without any inquiry or investigation, chose to deter FT from renting the property Defendant held open to the public due to FT's record felony conviction. | |
| 5/20/2020 | 1:2020cv22113 - DPG<br>Judge Darrin P. Gayles, Magistrate Alicia M. Otazo-Reyes | Florida Fair Housing Alliance, Inc. v. Catalina Rental Apartments, Inc. | **(DE1) Complaint ¶13. To ¶15. –**<br>On April 4, 2020, the FFH Alliance tested the Complex for unlawful discriminatory housing practices using a field tester.<br>The field tester used by the FFH Alliance to test the Complex ("Field Tester" or "FT") is a *sui juris* Hispanic male with a felony conviction.<br>To test the Complex, FT called the Complex and asked Defendant whether rental property was available. Defendant responded, without hesitation, that rental property was available. FT then inquired about submitting a rental application, and in so doing, disclosed that he (FT) had previously been | No |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| | | | convicted of a felony. Without *any* explanation, inquiry, investigation, or reservation, Defendant *immediately* told FT that applicants with a felony conviction are *denied*. | |
| 6/1/2020 | 1:2020cv22269 - MKM<br>Judge Michael K., Moore,<br>Magistrate Jacqueline Becerra | Florida Fair Housing Alliance, Inc. v. Liberty Apartment Highland, LLC | **(DE1) Complaint ¶13. to ¶15 -**<br>   As part of the FFH Alliance's investigation, the FFH Alliance tested the Complex for unlawful discriminatory housing practices using a field tester.<br>   The field tester used by the FFH Alliance to test the Complex ("Field Tester" or "FT") is a *sui juris* Hispanic male with a felony conviction<br>   On May 18, 2020, FT called the Complex (at 407-864-6444) and was connected to an agent of Defendant named "Alex." FT proceeded to ask whether rental property was available. Defendant, by and through this agent, responded without hesitation that property was available, namely, a one-bedroom apartment. FT then asked he (FT) could rent the available apartment due to FT's record felony conviction. Defendant immediately retorted "yeah probably not" and promptly hung up on FT. | No |
| 6/5/2020 | 1:2020cv61120 - FAM<br>Judge Federico A. Moreno,<br>Magistrate Jared M. Strauss | Florida Fair Housing Alliance, Inc. v. PMG 11th Street Holdings, LLC | **(DE1) Complaint ¶13. to ¶15 -**<br>   As part of the FFH Alliance's investigation, the FFH Alliance tested the Complex for unlawful **discriminatory housing practices using a field tester.** | No |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| | | | The field tester used by the FFH Alliance to test the Complex ("Field Tester" or "FT") is a *sui juris* Hispanic male with a felony conviction.<br>　　On May 12, 2020, at approximately 11:01 a.m., FT called the Complex (at 954- 524-5656) and was connected to an agent of Defendant named "Levi." FT proceeded to ask whether rental property was available. Defendant, by and through this agent, responded without hesitation that property was available, namely, a one-bedroom apartment. FT then asked whether his (FT's) rental application would be denied due to FT's record felony conviction, to which Defendant immediately retorted: "no unfortunately if you have any felonies we are unable to approve you." | |
| 6/26/2020 | 1:2020CV22664-KWM Judge Kathleen M. Williams, Magistrate Judge Edwin G. Torres | Florida Fair Housing Alliance, Inc. v. 601 Ocean Investments, LLC | (DE1) First Amended Complaint ¶15. to ¶19. -<br>　　15. On November 12, 2019, the FFH Alliance tested the Complex for unlawful discriminatory housing practices using a field tester.<br>　　16. The field tester used by the FFH Alliance to test the Complex ("Field Tester" or "FT") is a *sui juris* Hispanic male with a felony conviction.<br>　　17. On November 12, 2019, at approximately 3:28 p.m., FT called the Complex at phone number 561-391-5000. After dialing this number FT was | |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| | | | connected to an agent of Defendant, of whom identified herself as "Susanna." FT first asked whether rental property was available, to which Defendant responded, without hesitation, that property was available. FT then asked whether his (FT's) rental application would be denied due to FT's record felony conviction, to which Defendant retorted: "yes."<br>    18. Defendant's response to FT regarding convicted-felon applicants demonstrates that Defendant directs individuals convicted of a felony, *the majority of which are disproportionately Black and Hispanic*, away from both the Dwelling and the Complex.<br>    19. Defendant did not perform any investigation or inquiry into the felony conviction had by FT. For example, Defendant did not inquire into the type of felony, the date of conviction, the nature of the conviction, let alone the circumstances surrounding the felony conviction had by FT. Defendant simply identified FT as an individual with a felony conviction, and without any inquiry or investigation, chose to deter FT from renting the property Defendant held open to the public due to FT's record felony conviction. | |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| 6/26/2020 | 1:2020cv22665 - DPG<br>Judge Darrin P. Gayles, Magistrate Judge (unassigned as of 7/1/2020) | Florida Fair Housing Alliance, Inc. v. The Palm Bay Grand, LLC | **(DE1) First Amended Complaint ¶15. to ¶19. -**<br><br>15. On May 06, 2020, the FFH Alliance tested the Complex for unlawful discriminatory housing practices using a field tester.<br>16. The field tester used by the FFH Alliance to test the Complex ("Field Tester" or "FT") is a *sui juris* Hispanic male with a felony conviction.<br>17. On May 06, 2020, at approximately 12:16 p.m., FT called the Complex at phone number 321-210-1009. After dialing this number FT was connected to an agent of Defendant, of whom identified herself as "Julia." FT first asked whether rental property was available, to which Defendant responded, without hesitation, that property was available, *namely*, a one-bedroom apartment. FT then asked whether his (FT's) rental application would be denied due to FT's record felony conviction, to which Defendant immediately retorted: "*yes you would.*"<br>18. Defendant's response to FT regarding convicted-felon applicants demonstrates that Defendant directs individuals convicted of a felony, *the majority of which are disproportionately Black and Hispanic*, away from both the Dwelling and the Complex. | |

| Date Filed | Case Number/Judge | Style | Complaint Description | Rental Application Submitted |
|---|---|---|---|---|
| | | | 19. Defendant did not perform any investigation or inquiry into the felony conviction had by FT. For example, Defendant did not inquire into the type of felony, the date of conviction, the nature of the conviction, let alone the circumstances surrounding the felony conviction had by FT. Defendant simply identified FT as an individual with a felony conviction, and without any inquiry or investigation, chose to deter FT from renting the property Defendant held open to the public due to FT's record felony conviction. | |

# EXHIBIT D

Audio Exhibit submitted to chambers via e-mail and filed with the Court on June 15, 2020 [ECF No. 11].